UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JEREMY JOHNSON,**
**ANDREW ROMANO, EMILY SINES,**        Case No. 21-cv-12018
**JORDAN TOLBERT**, and
**SAMANTHA TORRES**,                   Hon. Mark A. Goldsmith

      Plaintiffs,

v.

**OAKLAND UNIVERSITY**
and **JAMES ZENTMEYER**, in his individual
and official capacities,

      Defendants.
_____/

| **CROSON, TAUB, & MICHAELS, PLLC** | **BUTZEL LONG** |
|---|---|
| By:   **Adam M. Taub (P78334)** | By:   **Daniel B. Tukel (P34978)** |
|       **Joseph X. Michaels (P79084)** | 201 West Big Beaver Road |
| 455 E. Eisenhower Pkwy, Suite 75 | Suite 1200 |
| Ann Arbor, Michigan  48108 | Troy, Michigan  48084 |
| (734) 519-0872 | (248) 258-1616 |
| **Attorneys for Plaintiffs** | **Attorneys for Defendants** |

_____/

## STIPULATED ORDER OF DISMISSAL
## <u>WITH PREJUDICE</u>

Pursuant to the stipulation of the parties, and the Court being otherwise advised;

- 2 -

**IT IS HEREBY ORDERED** that this matter is dismissed in its entirety as to all parties, with prejudice and without the payment of costs or attorney fees by any party.

SO ORDERED.

Dated: January 10, 2023          s/Mark A. Goldsmith
       Detroit, Michigan          MARK A. GOLDSMITH
                                           United States District Judge

**WE HEREBY STIPULATE TO THE ENTRY OF THE ABOVE ORDER:**

| /s/ Adam M. Taub (P78334) | /s/ Daniel B. Tukel (P34978) |
|---|---|
| 117 N. First St., Suite 111 | 201 West Big Beaver Road, Suite 1200 |
| Ann Arbor, Michigan 48104 | Troy, Michigan 48084 |
| (734) 519-0874 | (248) 258-1616 |
| Attorneys for Plaintiff | Attorneys for Defendants |